UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                  CASE NO. 04 B 23222
DENNIS J SUERO
NANCY SUERO                             CHAPTER 13

                                        JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-4297   SSN XXX-XX-0409
```

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/18/04 and confirmed on 09/24/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  37397.00 .

   4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| CHASE MANHATTAN AUTOMOTI | SECURED VEHIC | 10209.02 | 1446.77 | 10209.02 |
| BECKET & LEE LLP | UNSECURED | 705.22 | .00 | 70.52 |
| AMERICAN FIRST FEDERAL C | UNSECURED | 6489.19 | .00 | 648.92 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 7796.74 | .00 | 779.67 |
| ROUNDUP FUNDING LLC | UNSECURED | 414.61 | .00 | 41.46 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 4572.27 | .00 | 457.23 |
| KOHLS | UNSECURED | 499.11 | .00 | 49.91 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7824.05 | .00 | 782.41 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN AUTOMOTI | SECURED VEHIC | 17970.00 | 2513.78 | 17970.00 |
| CHASE MANHATTAN AUTOMOTI | UNSECURED | 2638.89 | .00 | 263.89 |
| ROUNDUP FUNDING LLC | UNSECURED | 4182.26 | .00 | 418.23 |

       Summary of disbursements:
--------------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 28179.02 | .00 | 35122.34 | .00 | 63301.36 |
| PRINCIPAL PAID | 28179.02 | .00 | 3512.24 | .00 | 31691.26 |
| INTEREST PAID | 3960.55 | .00 | .00 | .00 | 3960.55 |
| TOTAL PAID | 32139.57 | .00 | 3512.24 | .00 | 35651.81 |

The Debtor's attorney, STUART B HANDELMAN           , was allowed $  2200.00
and was paid $  2200.00  direct and $       .00  through the plan.

The Trustee received $   1699.81 .

Refunds to the Debtor totaled $      45.38 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/13/09                    /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE














                         PAGE   2
        CASE NO. 04 B 23222 DENNIS J SUERO & NANCY SUERO